**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WILSON G. L. L.,

                    Petitioner,

v.

TODD BLANCHE, *Acting U.S. Attorney General*;

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;

TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and

ERIC TOLLEFSON, *Sheriff of Kandiyohi County*,

                    Respondents.

Civil No. 26-2475 (JRT/EMB)


**ORDER**

---

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      If Petitioner is being detained in Minnesota, Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on

the pending Petition for Writ of Habeas Corpus (Docket No. [1]). Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by **no later than 5:00 p.m. on May 7, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on each of Petitioner's claims;

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

d.   Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

4.   If Petitioner intends to file a reply to Respondents' answer, he must do so by **no later than 5:00 p.m. on May 8, 2026**.   Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

DATED:  May 5, 2026                                    _____/s/John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                        United States District Judge